IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Tetris Holding LLC | ) | |
|---|---|---|
| | ) | Case No. 1:22-cv-6881 |
| v. | ) | |
| | ) | Judge: Hon. Steven C. Seeger |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Sheila M. Finnegan |
| IDENTIFIED ON SCHEDULE A | ) | |
| | ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store | Merchant ID |
|---|---|---|
| 2 | Xiamen Brighting Imp.&Exp. Co., Ltd. | brightindustrial |
| 3 | Wenzhou Bonvan Stationery& Gifts Co., Ltd. | cheappens |
| 11 | Yunhe Zheyi Toys Co., Ltd. | grimmtoy |
| 29 | Yunhe Yousheng Toys Co., Ltd. | youshengtoy |
| 293 | Dreames | A1EWKK6BBAMKYD |
| 472 | Mansor | m-29437584088 |
| 486 | YiwuShiChenYueDianZiShangWuYouXianGongSi | 101121697 |
| 502 | TRF STORE | 101110094 |
| 504 | FZWZJDZ | 101113097 |
| 508 | CPYK STORE | 101124169 |

Dated: April 11, 2023             Respectfully submitted,

By:    s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172

Oak Park, IL 60302
(312) 361-0825 p.
david@gulbransenlaw.com